IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAMONA RAMOS, ET AL;<br><br>Plaintiffs<br><br>vs.<br><br>MENNONITE GENERAL HOSPITAL; DBA MENONNITE HOSPITAL CAYEY; ET AL.<br><br>Defendants | CIVIL NO.: 3:23-CV-1345 (RAM) |

**MENNONITE GENERAL HOSPITAL'S DISCLOSURE STATEMENT**

TO THE HONORABLE COURT:

COMES NOW co-defendant Mennonite General Hospital, Inc., ("MGHI") through its undersigned counsels, and very respectfully prays as follows:

1. In compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, it is certified that MGHI is a non-governmental corporate entity duly organized and existing under and by virtue of the laws of the Commonwealth of Puerto Rico.

2. It is also certified that MGHI is a non-profit corporation and has no parent companies, subsidiaries or affiliates that have issued shares to the public.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY: that on this same date a true and faithful copy of the foregoing document has been filed using the CM/ECF system which will send copy of this document to all counsel of record.

Case 3:23-cv-01345-RAM-BJM   Document 31   Filed 04/02/24   Page 2 of 2

Ramona Ramos v. Mennonite General Hospital, Inc., et al.
Mennonite General Hospital's Disclosure Statement
Civil No. 23-1345 (RAM)
P a g e  2

In Bayamón, Puerto Rico, this 2nd day of April 2024.

**JPL LAW FIRM, L.L.C.**
Avenida Ruiz Soler N-4
Urb. Jardines de Caparra
Bayamón, PR 00959
Tel. (787) 780-8977
gramosmartinezlaw@gmail.com

***/s/ Gilberto Ramos Martinez***
Gilberto C. Ramos Martínez
USDC-PR NO. 227501